### B. L. Jones v. The State.

*No. 322. Decided February 3.*

1. **Keeping Open on Election Day.**—The law expressly prohibits the opening of saloons "during any portion of the day on which an election is held." Penal Code, art. 178.

2. **Same—"Day," Definition of.**—A day means twenty-four hours, and begins at midnight and continues to the succeeding midnight, within the purview of this statute.

3. **Same—Ignorance of Law.**—Ignorance of a law can not be pleaded in justification of its violation.

APPEAL from the County Court of Wichita. Tried below before Hon. W. P. Skeen, County Judge.

Appellant was prosecuted by information, jointly with one McPherson, for keeping open a saloon or bar room on the 27th day of December, 1892, a day upon which a special election was being held. At the trial McPherson was acquitted, and defendant convicted, his punishment being affixed at a pecuniary fine of $100.

The evidence shows that the saloon was opened at about 6 o'clock p. m., on the evening of the election. It was proved for the defense by Davis, the city marshal, that the mayor of the city had told him to tell the saloon keepers "they could open on this election day, as the polls were closed, and as it was a city election. I so informed them, and they opened."

No brief on file for appellant.

*R. L. Henry*, Assistant Attorney-General, for the State.

DAVIDSON, JUDGE.—The information charges appellant with having opened and kept open his saloon in the city of Wichita Falls on a certain day in which an election was held in said city. The information correctly charged the offense under the first clause of article 178 of the Penal Code.

The saloon was opened at 9 o'clock at night of the day on which the election was held. Defendant sought to justify on the ground that an officer informed him "that it would be no violation to open the saloon within the corporate limits after the election had closed." This did not constitute a mistake of fact. The law expressly prohibits the opening of saloons "during any portion of the day on which an election is held." A day means twenty-four hours, and begins at midnight and continues till the succeeding midnight, within the purview of this statute.

Ignorance of the law can not be pleaded in justification of its violation.

The charge was correct, the special charges were properly refused, the evidence supports the conviction, and the judgment is affirmed.

*Affirmed.*

Judges all present and concurring.